IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN K. SHOEMAKE**                                                        **PLAINTIFF**
*#459785*

v.                       **CASE NO. 4:24-CV-00603-BSM**

**FULTON COUNTY**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE